**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1880

CAROLYN L. WASHINGTON,

              Plaintiff - Appellant,

      v.

UNITED STATES DEPARTMENT OF DEFENSE, Defense Logistics
Agency,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (3:07-cv-00482-RLW)

Submitted: June 22, 2009          Decided: July 7, 2009

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Scott G. Crowley, Sr., CROWLEY & CROWLEY, Richmond, Virginia,
for Appellant. Dana J. Boente, Acting United States Attorney,
Debra J. Prillaman, Assistant United States Attorney, Daniel L.
Freye, OFFICE OF COUNSEL, DEFENSE SUPPLY CENTER RICHMOND,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn L. Washington appeals the district court's order dismissing this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Washington v. United States Dep't of Defense, No. 3:07-cv-00482-RLW (E.D. Va. July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED